UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

    v.

LUKE A. MILLER, and
DEBRA J. MILLER,

        Defendants.
_____/

No. CIV. S-10-2546 FCD GGH

**O R D E R**

    The defendants in this matter, LUKE A. MILLER and DEBRA J. MILLER, are now appearing in propria persona. Under Local Rule 302(c)(21) this matter is REFERRED to Magistrate Judge Gregory G. Hollows for all pretrial scheduling and proceedings.

    IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are **VACATED**. Any pending requests shall be referred to the magistrate.

    IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: **CIV S-10-2546 FCD GGH PS**.

DATED: February 1, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE