IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,                        No. CIV S-10-2546 FCD GGH (TEMP)

    vs.

LUKE MILLER, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        The court is in receipt of a letter dated January 27, 2011 from defendants wherein defendants contend that they were never properly served with summons in this action. Defendants request that the default previously entered in this action be vacated. A review of the court's records shows a return of executed summons which indicates substitute service was made on Lisa Miller, a co-occupant of defendants' residence. Because it appears service may have been proper but defendants were not personally served and may not have been provided the summons and complaint by Lisa Miller, setting aside the default may be warranted. Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff shall file opposition, if any, to the motion to set aside default no later than February 18, 2011.

/////

1

1    2.  Defendants may file a reply, if any, no later than March 4, 2011.

2    3.  The matter shall thereafter stand submitted.

3  DATED: February 7, 2011

                    /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE

JMM
johnson-miller.def