IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

vs.

LUKE MILLER, et al.,

    Defendants.

No. CIV S-10-2546 FCD GGH (TEMP) PS

ORDER

_____/

    Plaintiff has filed a notice of settlement (docket no. 14) and has indicated dispositional documents will be filed within thirty days. Accordingly, IT IS HEREBY ORDERED that dispositional documents shall be filed no later than March 21, 2011. Failure to comply with this order may result in the imposition of sanctions on the party causing the failure to file dispositional documents.

DATED: February 22, 2011

    /s/ Gregory G. Hollows

    _____
    U.S. MAGISTRATE JUDGE

JMM
johnson-miller.dispo

1